**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARSHAL LITTLE,**                                                    **PLAINTIFF,**

**VS.**                                   **CIVIL ACTION NO. 2:07CV044-P-A**

**UHS OF PARKWOOD, INC., ET AL.,**                              **DEFENDANT.**

**ORDER**

This matter comes before the court upon plaintiff counsel's objection [65] to the U.S. Magistrate Judge's Report and Recommendation [58] that, *inter alia*, plaintiff counsel be suspended from the practice of law before the U.S. District Court for the Northern District of Mississippi for a definite period of time. Having considered these matters, the court finds as follows, to-wit:

Plaintiff counsel's concerns regarding the thirty-day notice requirement for a show-cause hearing regarding attorney discipline pursuant to Local Uniform Rule 83.1(C)(1) can be easily assuaged by this court setting a show-cause hearing at least thirty days from this order.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff counsel's objection [65] to the U.S. Magistrate Judge's Report and Recommendation [58] is hereby **SUSTAINED** insofar as the court will give plaintiff's counsel at least thirty days from this date as notice of a show-cause hearing regarding the substance of the Report and Recommendation; therefore,

(2) A hearing shall be held before the District Court at 1:30 p.m. on October 26, 2007 at the United States Courthouse in Greenville, Mississippi to determine whether the District Court should adopt the subject Report and Recommendation.

**SO ORDERED** this the 20th day September, A.D., 2007.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE